In the Matter of TIMOTHY D. MIHALKO, Respondent, v CHERI CHARLTON, Appellant. [937 NYS2d 910]

Present—
Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.